## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO
_____

DE ANZA ANGEL DIMAS,

    Plaintiff,

vs.                                         1:21-cv-00978-KWR-JFR

PECOS INDEPENDENT SCHOOL DISTRICT BOARD OF EDUCATION;
PECOS HIGH SCHOOL; MICHAEL FLORES, *in his individual capacity*; and
FRED TRUJILLO, Superintendent, *in his individual and official capacity*,

    Defendants.

### **FINAL JUDGMENT**

**THIS MATTER** comes before the Court upon Defendants' Joint Motion for Partial Summary Judgment on Count IV of Plaintiff's First Amended Complaint based on Qualified Immunity and Other Grounds (**Doc. 50**) and Defendant Pecos Independent School District Board of Education's Motion for Partial Summary Judgment on Plaintiff's Title IX Claim (**Doc. 53**).

Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order (**Doc. 70**) filed on **March 20, 2023**, the Court finds that judgment should be entered in favor of Defendants and against Plaintiff.  Plaintiff's claims are therefore **DISMISSED.**

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims against the Defendants in this action are hereby **DISMISSED**, thus disposing of this case in its entirety.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**